# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHAWN COOPER

VERSUS

STATE OF LOUISIANA THROUGH
THE LOUISIANA WORKFORCE
COMMISSION

NO.   2021 CW 0687

**JULY 30, 2021**

---

In Re:   State of Louisiana through the Louisiana Workforce
Commission, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 645442.

---

**BEFORE:   THERIOT, HOLDRIDGE, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**CHH**

**Holdridge, J.,** concurs and would decline to exercise
supervisory jurisdiction. Any action on plaintiff's, Shawn
Cooper, federal claims would not terminate this litigation as
his state claims would still remain. Therefore, the criteria set
forth in **Herlitz Construction Co., Inc. v. Hotel Investors of
New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not
met.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT